UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  
DALLAS D. LEMKE  
SHARON LEMKE

CHAPTER 13

CASE NO. 12-83869

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**  Quicken Loans Inc.       **Court claim #: 8**

**Last four digits** of any number used to identify the debtor's account: 1639

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $767.28 |
| Amount Paid by Trustee | $767.28 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐  Thru the Chapter 13 Plan       ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   11/1/17                    /s/Lydia S. Meyer  
                                    Lydia S. Meyer, Trustee  
                                    308 W. State St., Suite 212  
                                    Rockford, IL  61101

Certificate of Service  
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of November, 2017.

Dated:   11/1/17                    /s/Cynthia K. Burnard

QUICKEN LOANS INC
1050 WOODWARD AVENUE
DETROIT, MI 48226

QUICKEN LOANS
20555 VICTOR PKWY
LIVONIA, MI  48152

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

DALLAS D. LEMKE
SHARON LEMKE
805 DOGWOOD LANE
LAKE IN THE HILLS, IL  60156

GERACI LAW LLC
55 E. MONROE ST., #3400
CHICAGO, IL  60603